UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Rosanne DiPizio,

Chapter: 13

Debtor.

Bk No:

### DEBTOR'S EXHIBIT REGARDING PAYMENT ADVICES

Rosanne DiPizio, being duly sworn, depose and say:

1. That he is the debtors herein.
2. That Debtor's only source of income consists of self employment.
3. That as such the Debtor has not received payment from any employer of the Debtor in the past 60 days.
4. That this Exhibit is submitted in satisfaction of Debtors' duty to provide copies of all payment advices received within 60 days before the date of filing of the petition under 11 U.S.C. §521(a)(1)(B)(iv).

DATED: May 17, 2019

Rosanne DiPizio

Subscribed and sworn to before me this 17th day of May, 2019.